FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 26, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, VICKI CHRISTIANSEN, Chief of the Forest Service, KRISTIN BAIL, Forest Supervisor for the Okanogan-Wenatchee National Forest Service, GLENN CASAMASS, Regional Forester for Region 6 for the U.S. Forest Service, and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>                Defendants. | No.  2:19-cv-00350-SMJ<br><br>**ORDER CONFIRMING IN-PERSON HEARING AND NOTICE RE: COVID-19 PRECAUTIONS** |

At the onset of the COVID-19 pandemic, the Court struck many in-person appearances to protect the health and safety of the Defendant, counsel, law enforcement, Court staff, and the public. But under General Order No. 20-101-11, all Courthouses in the District have reopened to the public, and the Court will therefore conduct in-person hearings. Despite reopening, the Court recognizes the substantial risk COVID-19 still poses, so the Court will institute several precautions to ensure the health and safety of all participants.

ORDER CONFIRMING IN-PERSON HEARING AND NOTICE RE COVID-19
PRECAUTIONS – 1

Accordingly, **IT IS HEREBY ORDERED**:

1. **Plaintiff's Motion for Summary Judgment** hearing in this matter will remain **SET** for **November 10, 2020** in **Spokane** Courtroom 755. The hearing time is **RESET** from 10:30 A.M. to **9:00 A.M.** *See* ECF No. 19. All parties shall make the necessary arrangements to appear **in person**, including for the appearance of any witnesses whose testimony they wish to present.

2. For the hearing:

   A. All parties shall abide by social distancing requirements, including defense counsel and their clients, at all times when inside the courthouse.

   B. All counsel and others addressing the Court will do so from counsel table, rather than from the podium. Only two people will be permitted per counsel table.

   C. All persons shall wear a face covering while inside the courthouse.

      i. Counsel or witnesses addressing the Court will be permitted to remove their mask **only** during the time when they are speaking.

       *ii.*    Parties and witnesses reporting for in person hearings without a mask will be provided a mask by the Court Security Officer at the courthouse entrance.

       *iii.*    Family members and other gallery members reporting without a face covering will not be permitted to enter the courthouse and will be redirected to call the public telephone conference line. A public telephone conference line for this hearing will be made to the public. **Hearing content provided via videoconference access MUST NOT be recorded or rebroadcast.** Non-parties may call the Court's public conference line at **1-888-808-6929**; Access code **3648461** (no security code required), five minutes before the scheduled conference time.

**D.**    To carry out proper social distancing measures, the Court will limit public seating. Access will be first come/first served. Based on limited seating, plan accordingly. A public teleconference line will be made available for all hearings.

//

//

//

ORDER CONFIRMING IN-PERSON HEARING AND NOTICE RE COVID-19 PRECAUTIONS – 3

1   Any person experiencing symptoms of COVID-19, or who has been in
2   contact with a person known or suspected of contracting COVID-19, shall contact
3   Court staff to allow the hearing to be reset. There is no obligation to disclose private
4   health or personal information, but the Court asks the parties to weigh the health
5   and safety of all participants.
6   **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and
7   provide copies to all counsel.

8
9   **DATED** this 26th day of October 2020.

10  _____
11  SALVADOR MENDOZA, JR.
    United States District Judge

ORDER CONFIRMING IN-PERSON HEARING AND NOTICE RE COVID-19 PRECAUTIONS – 4