AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 01, 2020**

SEAN F. McAVOY, CLERK

ALLIANCE FOR THE WILD ROCKIES,

*Plaintiff*

v.

UNITED STATES FOREST SERVICE, VICKI CHRISTIANSEN, Chief of the Forest Service, KRISTIN BAIL, Forest Supervisor for the Okanogan-Wenatchee National Forest, GLENN CASAMASSA, et al.,

*Defendant*

Civil Action No. 2:19-cv-00350-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendants' Cross-Motion for Summary Judgment, ECF No. 20, is GRANTED; Plaintiff's Motion for Summary Judgment, ECF No. 19, is DENIED; All claims are DISMISSED WITH PREJUDICE, with all parties to bear their own costs and attorney fees; and Judgment is entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Salvador Mendoza, Jr.  on cross-motions for summary judgment.

Date:  December 1, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Angela Noel
*(By) Deputy Clerk*
Angela Noel